FRANCIS, OMAR, M
10010 205TH PL
HOLLIS          NY 11423

007778

## CERTIFICATE OF TITLE

### NEW YORK STATE

www.dmv.ny.gov

\* \* \* LIENS \* \* \*

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| WBAVD53587A007763 | 2007 | BMW | 335 | 4DSD | 781265E |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| BL | 3814 | GAS | 6 | USED | VEHICLE | 5/26/15 |

Name and Address of Owner(s)

FRANCIS, OMAR, M
10010 205TH PL
HOLLIS NY    11423

ODOMETER READING: 76929

ACTUAL MILEAGE

IMPORTANT: THIS VEHICLE WAS RETURNED TO THE MANUFACTURER OR DEALER BECAUSE IT DID NOT CONFORM TO ITS WARRANTY.

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder

EXETER FINANCE CORP
PO BOX 166008
IRVING     TX 75016

06

\* ONE LIEN RECORDED \*

Lienholder

\* ONE LIEN RECORDED \*

Lienholder

\* ONE LIEN RECORDED \*

MV-999 (1/11)

DEPARTMENT OF MOTOR VEHICLES