# VEHICLE HISTORY DISCLOSURE

## SHOWROOM AUTO, LLC 42-08 35th ave L.I.C NY 11101 Tel: 718-349-9600

Facility Lic. # 7105090          N.Y.C Dept Of Consumer Affairs Lic. # 1471177

YEAR __2007__ MAKE __BMW__ MODEL __335XI__ COLOR __blue__

DATE __4/23/15__ Vin # __WBAVD53587A007763__

Showroom Auto seeks the world to find the best and quality pre-owned vehicles. We buy cars from reputable establishments such as Manheim Auto Auctions and Nade Auto Auctions, we also often obtain vehicles through customer trade-ins. This Vehicle was a customer trade in and was returned to the Manufacturer in 2008, the <u>title is branded</u> and it is labeled a <u>lemon law buyback</u>. This vehicle may or may not qualify for extended warranties and or recalls that may be offered by the manufacturer. All necessary repairs and adjustments have been made and the vehicle meets acceptable operating standards. Regardless of where we buy the vehicles, we are meticulous in the reconditioning of each and every vehicle we purchase. We verify that all our cars are mechanically sound. To reiterate, we sell the cars mechanically sound but aesthetically <u>AS IS,</u> we make no promise to make any pre-owned vehicles new again. We sell them in the condition that we buy them, often we will repair and or replace items in the exterior and or interior but (we) Showroom Auto reserve the right to choose when and if we will do so. Exterior and Interior items that are in disrepair or appear used or not functional will be sold as is and it is the buyer whom must thoroughly inspect the vehicle prior to purchasing the vehicle. We shall never force anyone to buy our cars or make any physical repair which was not pointed out and agreed to in writing prior to purchasing the vehicle. (Regarding vehicle histories), customers must purchase their own Carfax and or AutoCheck. Showroom Auto reserves the right to decline a request for a Carfax and or AutoCheck as it is the buyer's responsibility to research the history of the vehicle prior to buying it. Showroom Auto takes no responsibility for accidents, damages, mileage discrepancy, any adverse information or any other history related to the vehicle before we (Showroom Auto, Llc) took possession of, or purchased the vehicle. This disclosure complies with New York State laws and (I) the buyer release Showroom Auto from all claims, cause of actions, lawsuit and or any liability arising from title status or history of this vehicle. By endorsement of this document, the undersigned hereby acknowledge the possession of said vehicle and confirms that he/she has read this document and understand what he or she is signing. We appreciate your business and look forward to serving you for many years to come. By signing this form (I) the buyer acknowledges and accepts the above described vehicle in its present condition.

_____          _____
**Buyer**                          **Co-Buyer**