# Kasell Law Firm

June 11, 2015

Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: Francis v. Showroom Auto LLC
           EDNY Index No.: 15-cv-03889

Your Honor:

I represent plaintiff, Omar Francis in the above referenced matter.

I write to advise that a settlement has been reached before the defendant appeared and answered, and the case should be dismissed with prejudice.

Thank you.

                                        Sincerely,
                                        /s/ (DK-7753)
                                        David M. Kasell

1038 Jackson Avenue #4 • Long Island City, NY 11101

Phone 718.404.6668

E-mail David@KasellLawFirm.com